# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KATRINA A. SHERROW,**<br><br>**Defendant.** | **PO-22-5199-GF-JTJ**<br><br>**VIOLATIONS:**<br>**E1383453**<br>**E1383455**<br>**Location Code: M13**<br><br>**ORDER** |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the bench warrants ordered issued on February 9, 2023, are **QUASHED.  IT IS FURTHER ORDERED** than an initial appearance is rescheduled for April 13, 2023, at 9:00 a.m., at the Missouri River Courthouse in Great Falls, Montana.

DATED this 9th day of February, 2023.

_____
John Johnston
United States Magistrate Judge