# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KATRINA A. SHERROW,<br><br>Defendant. | PO-22-5199-GF-JTJ<br><br>VIOLATIONS:<br>E1383453<br>E1383455<br>Location Code: M13<br><br>UNOPPOSED MOTION TO ACCEPT FINE AND VACATE INITIAL APPEARANCE |

Based upon the United States' motion to accept the defendant's payment of a $250 fine and $30 processing fee for violation E1383453 (for a total of $280), and for good cause shown, **IT IS ORDERED** that the $280 fine paid by the defendant is accepted as a full adjudication of violation E1383453.

**IT IS FURTHER ORDERED** that violation E1383455 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for April 27, 2023, is **VACATED.**

DATED this 12th day of April, 2023.

John Johnston
United States Magistrate Judge